JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION**

| | |
|---|---|
| DAVID K. N.,[1]<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>FRANK BISIGNANO, Commissioner of Social Security,<br><br>　　　　Defendant. | Case No. CV 24-03575-AS<br><br>**JUDGMENT** |

IT IS ADJUDGED that this action is DISMISSED with prejudice.

Dated: June 26, 2025

　　　　　　　　　　　　　　　　_____/s/_____
　　　　　　　　　　　　　　　　　　ALKA SAGAR
　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

---

[1] Plaintiff's name is partly redacted in accordance with Federal Rule of Civil Procedure 5.2(c)(2)(B) and the recommendation of the Committee on Court Administration and Case Management of the Judicial Conference of the United States.

1